```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------- x
PHILLIP ROSELLE and DEBBIE      :
ROSELLE,                        :
                                :
          Plaintiffs,           :     Civil No. 3:19cv1490(AWT)
                                :
v.                              :
                                :
GLOCK, INC.,                    :
                                :
                                :
          Defendant.            :
------------------------------- x
```

## ORDER RE STATUS REPORT

On Friday, April 24, 2020, the parties shall file a joint status report advising the court about:

1. The status of discovery;

2. Any discovery issues foreseen by all parties; and

3. The first date on which a settlement conference would be productive.

It is so ordered.

Signed this 31st day of October 2019, at Hartford, Connecticut.

                                      /s/AWT
                                   Alvin W. Thompson
                              United States District Judge