UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **PHILLIP ROSELLE and DEBBIE ROSELLE** | : | CASE ACTION NO. |
|     Plaintiffs | : | |
| | : | 3:19-cv-01490-AWT |
| V. | : | |
| | : | |
| GLOCK, INC. | : | |
|     Defendant | : | OCTOBER 19, 2020 |
| | : | |

**PLAINTIFFS' NOTI CE OF FILING FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO GLOCK, INC. AND WITHDRAWAL OF PRIOR DISCOVERY REQUESTS**

    The undersigned on behalf of the Plaintiffs serves notice that on October 17, 2020, he served on the parties discovery requests directed to Glock, Inc.  As part of that service, the undersigned informed counsel for Glock, Inc., that plaintiffs withdrew the set of discovery requests served by prior counsel for plaintiffs on September 24, 2020.

    THE PLAINTIFFS,

By_____/s/_____
William M. Bloss
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Juris No. 032250
Telephone: 203-336-4421
FAX: 203-368-3244
bbloss@koskoff.com

## **CERTIFICATION**

I certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on October 19, 2020 to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

    Brian Candela, Esq.  City
    of Norwalk
    125 East Avenue, Room 237, PO Box 5125
    Norwalk, CT 06856
    E-Mail: bcandela@norwalkct.org

    Christopher Renzulli
    RENZULLI LAW FIRM, LLP
    One North Broadway, Suite 1005 White Plains, NY 10601
    Tel: (914) 285-0700
    Fax: (914) 285-1213
    E-Mail: crenzulli@renzullilaw.com

                                          /s/
                                     William M. Bloss